IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMUEL OWEN and TRAVIS BEAVERS, | |
| Plaintiff, | CIVIL ACTION FILE NO. 1:15-cv-04324-MHC |
| v. | |
| GYPSY STAG, LLC d/b/a HANGOVERS BUCKHEAD and CARY R. PURCELL, | |
| Defendants. | |

## FINAL CONSENT JUDGMENT

This matter is before the Court on an Affidavit of Plaintiffs' counsel following a default in payments by Defendants under the terms of this Court's Consent Order entered on August 16, 2016. [Doc. 27]. Pursuant to that Consent Order, it was agreed by the parties and determined that Plaintiffs and their counsel were entitled to recover certain amounts from Defendants, which Defendants were to pay on a monthly basis beginning in August 2016 until the debts were satisfied. [Doc. 27 at ¶¶1-2]. The Consent Order further provides that upon an uncured default in payments following notice to Defendants, Plaintiffs' counsel could file an affidavit with the Court attesting to the fact that Defendants are in default of

their payment obligations under the terms of the Consent order, and that Plaintiffs are entitled to a final consent judgment in the amount of $90,000, less the amounts already paid by Defendants. [Doc. 27 at ¶¶6-9]. The Consent Order provides that within five (5) days of the filing of the Affidavit of Plaintiffs' counsel, the Court would enter a Consent Judgment against Defendants, jointly and severally, consistent with the terms of the Consent Order.

The Affidavit submitted by Plaintiffs' counsel indicates that Defendants are in default of their payment obligations and that, following notice, Defendants have failed to cure their default. The Affidavit indicates how much Defendants have paid Plaintiffs and their counsel to date under the Consent Order.

Accordingly, the Court finds that Plaintiffs SAMUEL OWEN and TRAVIS BEAVERS are entitled to a final consent judgment against Defendants, GYSPY STAG, LLC d/b/a HANGOVERS BUCKHEAD and CARY R. PURCELL, jointly and severally, in the amounts of $48,533.28 and $24,266.72, respectively, said amounts being the difference between $90,000 and the amounts already paid to the Plaintiffs under paragraphs 1 and 2 of the Court's Consent Order which resolved this civil action. This Final Consent Judgment shall accrue post-judgment interest at the statutory rate.

SO ORDERED, this 3rd day of February, 2017.

_____
Hon. Mark H. Cohen
United States District Judge